# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **THOMAS REED**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13 C 8176 |
| | ) |
| **SERGEANT TIM SHANNON**, Individually | ) |
| and **VILLAGE OF WOODRIDGE**, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM

Both defendants in this action that invokes federal jurisdiction under 42 U.S.C. § 1983 -- Village of Woodridge ("Village") and its police Sergeant Tim Shannon -- are represented by the same law firm, which has just chosen to file a separate Answer on behalf of each of them to the Complaint brought against them by Thomas Reed. This memorandum is issued not to require a do-over in that respect, but rather to point out to defense counsel that such practice is both wasteful and inconsiderate of the reader (who is then compelled to go paragraph by paragraph through two complaints rather than one to see where if at all the different defendants part company in their responses), and it can also -- as one aspect of the dual pleadings here illustrates -- lead to errors on counsel's part.

As for the second of those factors, reading and comparing the two pleadings reveals (unsurprisingly) that they are essentially identical, so that it would have been simpler and less time-consuming for counsel to prepare a single joint responsive pleading. And as for the last factor, Village Answer ¶ 5 "denies that they are being sued in an individual capacity," even

though nothing in Complaint ¶ 5 says a word about that so as to call for any denial. That is careless at best, and it illustrates the thoughtlessness of the practice employed by defense counsel.

This memorandum began by disclaiming any need for defense counsel to prepare and substitute a more sensible single response for the two Answers that they have placed on file. All the same, if counsel's fee arrangement with the clients is based on the hours spent multiplied by counsel's hourly rate, counsel would do well to take a sharp pencil to the time calculation to avoid any inappropriate overcharge to the clients.

                                      Milton I. Shadur
                                      Senior United States District Judge

Date: April 9, 2014